## CASE ANNOUNCEMENTS

*May 22, 2014*

[Cite as *05/22/2014 Case Announcements*, 2014-Ohio-2167.]

## MOTION AND PROCEDURAL RULINGS

**2007–0755. State v. Maxwell.**
Cuyahoga C.P. No. CR475400. This cause came for further consideration upon appellant's filing of a motion for stay of execution of death sentence pending disposition of available state remedies.

Upon consideration of appellant's motion for stay of execution of death sentence pending disposition of available state remedies, it is ordered by the court that the motion is granted.

**2014–0701. Wilson v. Durrani.**
Hamilton App. No. C–130234, 2014-Ohio-1023. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion to seal the record of this appeal, it is ordered by the court that the motion is granted.